**FILED**

OCT 3 0 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. C 15-4048 LHK (PR)<br><br>ORDER OF DISMISSAL |

    On September 4, 2015, plaintiff, proceeding *pro se*, filed a letter which initiated the opening of this case. That same day, the Clerk provided plaintiff with a blank copy of the court's complaint by a prisoner form. In addition, the Clerk notified plaintiff that he had not paid the filing fee. Along with the Clerk's deficiency notice, plaintiff was provided with a blank *in forma pauperis* ("IFP") application and instructions for completing it. Plaintiff was cautioned that his failure to file a complaint on the proper form and a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action without further notice.

    Plaintiff has filed a motion for an extension of time within which to file a complaint. However, more than twenty-eight days have passed from the date the Clerk's notices were sent, and plaintiff has not responded to the Clerk's deficiency notice regarding the filing fee. Thus,

Order of Dismissal
P:\PRO-SE\LHK\CR.15\O'Keefe048disifp.wpd

1 | the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending
2 | motions, enter judgment, and close the file.
3 |     IT IS SO ORDERED.
4 | DATED: 10/29/2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge